**Order entered September 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00444-CR

**BRANDON GORDY, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00751-T**

## ORDER

The reporter's record, originally due June 11, 2019, is past due. We notified court reporter Vearneas Faggett by postcard dated June 13, 2019 and directed her to file the reporter's record by July 15, 2019. On July 31, 2019, we ordered the reporter's record filed by August 30, 2019. We expressly cautioned court reporter Vearneas Faggett that the failure to file the reporter's record by August 30 would result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

We **ORDER** that court reporter Vearneas Faggett **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; to the Dallas County Auditor's Office; and counsel for all parties.


/s/    CORY L. CARLYLE
          JUSTICE